THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRUCE BROOKS,  Plaintiff,  v.  UNITED STATES OF AMERICA,  Defendant. | CASE NO. C17-0154-JCC  MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of the deadline for the United States to answer the complaint from April 10, 2017 to June 9, 2017 (Dkt. No. 6). The purpose for the extension is to give the United States additional time to determine coverage for the alleged torts under the Federal Tort Claims Act, 28 U.S.C. §§ 2679, 2680(b), *et seq.*, and the Indian Self Determination and Education Assistance Act of 1975, Pub. L. 93-638. This motion is GRANTED. Defendant shall file an answer no later than June 9, 2017.

DATED this 10th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk