UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE BROOKS, | CASE NO. C17-0154-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for scheduling order (Dkt. No. 10). This motion is GRANTED. The Court hereby enters the following schedule:

| | |
|---|---|
| Bench Trial Date | June 11, 2018 |
| Deadline for joining additional parties | February 9, 2018 |
| Deadline for amending pleadings | February 9, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 8, 2017 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | January 11, 2018 |

| | |
|---|---|
| Discovery completed by | February 9, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 13, 2018 |
| Mediation per LCR 39.1(c)(3) | March 2, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | May 7, 2018 |
| Proposed pretrial order due | June 1, 2018 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | June 4, 2018 |

DATED this 1st day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk