UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE BROOKS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. C17-0154-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of certain pretrial deadlines (Dkt. No. 12). Finding good cause, the Court GRANTS the motion. Revised deadlines are as follows:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Expert disclosure deadline | December 8, 2017 | January 8, 2018 |
| Discovery completion deadline | February 9, 2018 | March 9, 2018 |

The remaining deadlines are unchanged.

//

//

MINUTE ORDER C17-0154-JCC
PAGE - 1

1        DATED this 28th day of November 2017.

2                                               William M. McCool
                                                Clerk of Court
3
                                                s/Tomas Hernandez
4                                               Deputy Clerk