<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE BROOKS, | CASE NO. C17-0154-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the date for expert disclosure (Dkt. No. 16). Finding good cause, the motion is GRANTED. Expert disclosure is due January 16, 2018, rather than January 8, 2018.

DATED this 8th day of January 2018.

<div style="margin-left: 50%">
William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk
</div>

MINUTE ORDER C17-0154-JCC
PAGE - 1